**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-7633**

WILLIAM T. WATTS, II,

　　　　　　　　Plaintiff - Appellant,

　　　v.

UNKNOWN OFFICER, of Lexington County Sheriff's Department;
UNKNOWN SLED OFFICERS; UNKNOWN US MILITARY; FBI; JOHN
ETTERS; CRAIG HALL; OFFICER SHUMPERT; OFFICER SINGLETON;
JAMES METTS; LEWIS MCCARTY; COMMISSIONER OF SLED, Sheriff,
Head, Leader; GOVERNOR NIKKI HALEY; UNITED STATES,

　　　　　　　　Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Anderson.　Timothy M. Cain, District Judge.
(8:14-cv-03223-TMC)

Submitted:　February 12, 2015　　　Decided:　February 19, 2015

Before MOTZ, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William T. Watts, II, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William T. Watts, II, appeals the district court's order adopting the recommendation of the magistrate judge and dismissing his complaint under Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971), as frivolous and malicious pursuant to 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Watts v. Unknown Officer, No. 8:14-cv-03223-TMC (D.S.C. Oct. 8, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED